

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2022

No. 04-22-00217-CV

**IN THE INTEREST OF Z.R.F.M., Z.T.P., Z.R.N.R., AND Z.J.A.P.**, Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00613
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Appellant Mom's brief was first due on May 11, 2022. After we granted her first, second, and third motions for extensions of time to file the brief, Mom's brief was due on June 14, 2022. *See* TEX. R. APP. P. 38.6(a). Subsequently, Mom moved for a two-day extension of time to file her brief.

Appellant Mom's motion is granted. Her brief is due on June 16, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court